

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Joseph E. Field
212.497.8492 direct
212.583.9600 main
646.607.9249 fax
jfield@littler.com

February 21, 2023

**VIA ECF**

Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    ***Tulloch v. Trader Joe's East, et al.***
            **S.D.N.Y. 22-cv-06891 (DLC)**

Dear Judge Cote:

This Firm represents the Defendants in the above-reference action. Pursuant to Rule 1(E) of your Honor's Individual Rules, I write to request that the Court adjourn the initial status conference currently scheduled for this Friday, February 24, 2023, at 11:00 a.m. This is the Defendants' first request to adjourn the conference and Plaintiff's counsel consents to this request.

I make this application because I have an appearance at 9:45 a.m. on Friday in the Trial Part of the Bronx County Supreme Court. I also note that the parties will be proceeding with the mandatory mediation in this case on March 13, 2023. Counsel for the parties are generally available to attend the initial conference starting on March 14, 2023, subject to the Court's availability. I thank the Court for its consideration to this request.

Respectfully submitted,

*s/Joseph E. Field*

Joseph E. Field

cc (via ECF): Plaintiff's counsel

*[Handwritten: The conference is adjourned to March 17 at 2:00.*
*Denise Cote*
*2/21/23]*