```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv6891(DLC)
CHANTE TULLOCH,                           :
                                          :
                        Plaintiff,        :        ORDER
            -v-                           :
                                          :
TRADER JOE'S EAST, INC., et al.,          :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the initial pretrial conference in this matter scheduled for March 17 is moved to **March 16, 2023 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           March 6, 2023

                                                DENISE COTE
                                     United States District Judge